KSC/08.09.22
JCM 2018R00678



FILED ENTERED
___ LODGED ___ RECEIVED
AUG 19 2022
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** SAG-22-0296 |
| v. | * | (Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1); Forfeiture, 21 U.S.C. § 853, 28 U.S.C. § 2461) |
| **EDWARD BURTON,** | * | |
| Defendant | * | |

*******

### CRIMINAL INFORMATION

#### COUNT ONE
(Possession with Intent to Distribute and Distribution of Fentanyl)

The United States Attorney for the District of Maryland charges that:

On or about December 15, 2021, in the District of Maryland, the defendant,

**EDWARD BURTON**

did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)

## FORFEITURE

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction.

### Narcotics Forfeiture

2. Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count One, the Defendant shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Substitute Assets

3. Pursuant to 21 U.S.C. § 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been comingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendant up to the value of the property charged with forfeiture in the paragraphs above.

## Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following:

   a. Approximately $2,965 seized from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   b. Approximately $1,411 seized from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   c. $14,920 seized from 2305 Eliza Court, Apartment 403, Jessup, MD on December 15, 2021;
   d. $3,868.00 U.S. Currency seized from 4604 Simms Avenue, Baltimore, MD on December 15, 2021;
   e. $340.00 U.S. Currency seized from 1800 Washington Blvd, Baltimore, MD on December 15, 2021;
   f. Assorted jewelry (valued at $447,950) seized from 2305 Eliza Court, Apartment 403, Jessup, MD on December 15, 2021;
   g. A 2019 Mercedes Benz AMG GT 63S seized from 2425-B Merritt Drive, Jessup, MD on December 15, 2021;
   h. Assorted jewelry valued at $13,550 seized from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   i. Assorted Jewelry (valued at approximately $84,450) seized from 4604 Simms Avenue, Baltimore, MD on December 15, 2021;
   j. Glock 19 9mm Handgun (S/N unknown) recovered from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   k. SCCY CPX2 9mm Handgun (S/N unknown) recovered from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   l. Ruger 9mm Handgun recovered from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   m. Ruger .556 AR-15 Style Rifle (S/N unknown) recovered from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   n. Llama .45 Caliber Handgun (S/N unknown) recovered from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   o. Cugir (CAI) Draco 7.62 x 39mm (S/N unknown) recovered from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   p. Kel-Tec Sub 2000 Rifle Gun Barrell (S/N unknown) recovered from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   q. Taurus 9mm Handgun (S/N ACA411598) recovered from SIMMS's vehicle outside of 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   r. .45 caliber Magazines recovered from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   s. 9mm ammunition recovered from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;
   t. 7.62X39mm Ammunition recovered from 6325 Monika Place, Apt 507, Woodlawn, MD on December 15, 2021;

- u. Girsan 9mm Handgun (S/N T6368-20A19879), loaded with 13 9mm Ammunition recovered from 2425B Merritt Drive, Jessup MD
- v. Smith and Wesson .40 Caliber Handgun (S/N 5AB8527), loaded with 13 .40 caliber ammunition recovered from 2425B Merritt Drive, Jessup MD on December 15, 2021;
- w. a Ruger .40 Handgun (S/N 318-30272) with a large extended magazine with (20) .40 caliber ammunition recovered from 2425B Merritt Drive, Jessup MD on December 15, 2021;
- x. Smith and Wesson .380 semi-automatic handgun serial #RDC5268 loaded with 8 rounds of ammunition recovered from 2305 Eliza Court, Apartment 403, Jessup MD on December 15, 2021;
- y. Taurus .38 revolver (S/N #ABK005915) recovered from 2305 Eliza Court, Apartment 403, Jessup MD on December 15, 2021; and
- z. Panther Arms .556 AR-15 Rifle (S/N) with a magazine and 19 rounds recovered from 4604 Simms Avenue, Baltimore, MD on December 15, 2021.

*Erek L. Barron* Joan Castleton Mathias

Digitally signed by JOAN MATHIAS
Date: 2022.08.18 13:27:20 -04'00'

Erek L. Barron
United States Attorney

8/18/2022
Date